NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEFFREY H. GREINER, KIM E. GREINER,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5144

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00520-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**JUDGMENT**

---

MICHAEL JOSEPH DESMOND, The Law Offices of Michael Desmond, APC, Santa Barbara, CA, argued for plaintiffs-appellants.

DEBORAH K. SNYDER, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CAROLINE D. CIRAOLO, DIANA L. ERBSEN, GILBERT STEVEN ROTHENBERG, FRANCESCA UGOLINI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 9, 2016  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |